# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

**CR 08 0043**



PTH

UNITED STATES OF AMERICA,

V.

DMITRI GLAZNIKOV and MAXIM LEONTEV

DEFENDANT.

## INDICTMENT

VIOLATIONS: 18 U.S.C. § 371 - Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 - Wire Fraud; 18 U.S.C. § 1029 (a)(4) - Possession of Device-Making Equipment; 18 U.S.C. § 1029 (a)(3) - Possession of Unauthorized Access Devices With Intent to Defraud

A true bill.

_____ Foreman

Filed in open court this ___ day of _____

_____ Clerk

Bail, $ no bail warrants

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
See Attachment

**DEFENDANT - U.S.**
▶ Dmitri Glaznikov

DISTRICT COURT NUMBER

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

DHS/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Jeffrey R. Finigan

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: none

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## Attachment to Penalty Sheets for Dmitri Glaznikov and Maxim Leontev

**Count 1** (both defendants) – 18 U.S.C. § 371 (conspiracy)

    Maximum Penalties: 5 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 2** (both defendants) – 18 U.S.C. § 1343 (wire fraud)

    Maximum Penalties: 20 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 3** (both defendants) – 18 U.S.C. § 1029(a)(4) (Possession of Device-Making Equipment)

    Maximum Penalties: 15 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 4** (Glaznikov) – 18 U.S.C. § 1029(a)(3) (Possession of Unauthorized Access Devices With Intent to Defraud)

    Maximum Penalties: 10 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT        Name of District Court, and/or Judge/Magistrate Location
                                 ☐ SUPERSEDING          NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

See Attachment

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

DEFENDANT - U.S.

▶ Maxim Leontev

DISTRICT COURT NUMBER

CR 08 — 0043

PENALTY:
See Attachment

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons
     was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

PJH

**PROCEEDING**
Name of Complainant Agency, or Person (&Title, if any)

DHS/ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶       Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM   JOSEPH P. RUSSONIELLO
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Jeffrey R. Finigan

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: none
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

## Attachment to Penalty Sheets for Dmitri Glaznikov and Maxim Leontev

**Count 1** (both defendants) – 18 U.S.C. § 371 (conspiracy)

    Maximum Penalties: 5 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 2** (both defendants) – 18 U.S.C. § 1343 (wire fraud)

    Maximum Penalties: 20 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 3** (both defendants) – 18 U.S.C. § 1029(a)(4) (Possession of Device-Making Equipment)

    Maximum Penalties: 15 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

**Count 4** (Glaznikov) – 18 U.S.C. § 1029(a)(3) (Possession of Unauthorized Access Devices With Intent to Defraud)

    Maximum Penalties: 10 years in prison; $250,000 fine; 3 years supervised release; and $100 mandatory special assessment

JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

FILED
JAN 29 PM 4:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 08    0043 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 371– Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1343 – Wire Fraud; 18 U.S.C. § 1029(a)(4) – Possession of Device-Making Equipment; 18 U.S.C. § 1029(a)(3) – Possession of Unauthorized Access Devices With Intent to Defraud |
| v. | |
| DMITRI GLAZNIKOV, and MAXIM LEONTEV, | |
| Defendants. | SAN FRANCISCO VENUE |

PJH

## INDICTMENT

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 371 – Conspiracy to Commit Wire Fraud)

1.    In or around and between no later than December 2005 and June 2006, in the Northern District of California and elsewhere, the defendants,

DMITRI GLAZNIKOV and
MAXIM LEONTEV,

and others, did (a) knowingly and willfully conspire, combine and agree with each other, and with other persons both known and unknown to the grand jury, to commit wire fraud, and (b) did

INDICTMENT

1  knowingly devise a scheme and artifice to defraud as to a material matter. All in violation of
2  Title 18, United States Code, Section 1343.

## MEANS AND METHODS OF THE CONSPIRACY AND SCHEME TO DEFRAUD

4      2.    In December 2005, GLAZNIKOV, LEONTEV, and a third co-conspirator (co-
5  conspirator 3) known to the grand jury, lived together in an apartment located at 354 19th Avenue
6  in San Francisco, California. Beginning in approximately December 2005, GLAZNIKOV,
7  LEONTEV, co-conspirator 3, and others, jointly engaged in a conspiracy and scheme to defraud
8  whereby the purpose was to obtain stolen financial account information, make unauthorized
9  withdrawals from those accounts, and thereafter forward the proceeds of their scheme to defraud
10 to various individuals in Russia via wire transfers.

11     3.    It was part of the conspiracy and the scheme to defraud at the outset that a fourth
12 co-conspirator (co-conspirator 4) located in Russia and unknown to the grand jury periodically
13 sent stolen financial account information, including account holder names, account numbers,
14 passwords, and personal identification numbers (PINs), to GLAZNIKOV, LEONTEV, and co-
15 conspirator 3, via email.

16     4.    It was part of the conspiracy and the scheme to defraud that once GLAZNIKOV,
17 LEONTEV, and co-conspirator 3, received the stolen account information via email, they
18 programmed the stolen account information onto magnetic strip cards to create unauthorized
19 access devices, which could then be used in automated teller machines (ATMs) to make
20 unauthorized cash withdrawals from the accounts. They used a laptop computer and an MSR206
21 Manual Swipe Magnetic Card Reader/Writer in their apartment to program the stolen
22 information onto various magnetic strip cards, such as Safeway Club cards and Walgreen's gift
23 cards, to create the unauthorized access devices. GLAZNIKOV, LEONTEV, and co-conspirator
24 3, used the aforementioned unauthorized access devices at ATMs located primarily in San
25 Francisco.

26     5.    It was part of the conspiracy and the scheme to defraud that GLAZNIKOV,
27 LEONTEV, and co-conspirator 3, would divide the proceeds they obtained from ATMs via their
28 unauthorized withdrawals by each taking a percentage of the total amount withdrawn. Each of

INDICTMENT    2

1  them would then send the balance remaining from their unauthorized withdrawals via wire
2  transfer to various individuals in Russia as instructed by LEONTEV. GLAZNIKOV,
3  LEONTEV, and co-conspirator 3, also knowingly and intentionally structured the
4  aforementioned wire transfers to be below $10,000.00 each in order to avoid having to report the
5  wire transfers.

6.  Before on or about March 13, 2006, LEONTEV, GLAZNIKOV, and co-conspirator 3 stopped receiving stolen account information from co-conspirator 4 in Russia. Therefore, on or about March 13, 2006, LEONTEV returned to Russia in order to obtain the stolen account information himself or recruit another co-conspirator to obtain stolen account information. After LEONTEV returned to Russia, GLAZNIKOV and co-conspirator 3 continued to receive stolen account information via email from LEONTEV in Russia. GLAZNIKOV and co-conspirator 3 continued to operate the scheme to defraud in San Francisco as described above and thereafter sent proceeds from the scheme to LEONTEV in Russia via wire transfers.

## OVERT ACTS

7.  In furtherance of the conspiracy and to effect the objects of the conspiracy, the defendants committed, or caused others to commit, overt acts in the Northern District of California, and elsewhere, including but not limited to the following:

(a)  On or about May 1, 2006, DMITRI GLAZNIKOV sent $2,650 from San Francisco, California, to MAXIM LEONTEV in Russia, via wire communication in the form of a MoneyGram International Money Transfer; and

(b)  On or about May 1, 2006, the person identified herein as co-conspirator 3 sent $2,500 from San Francisco, California, to MAXIM LEONTEV in Russia, via wire communication in the form of a MoneyGram International Money Transfer.

All in violation of Title 18, United States Code, Section 371.

///
///
///

INDICTMENT                                3

1 | COUNT TWO: (18 U.S.C. § 1343 – Wire Fraud)

2 |     8.    On or about May 1, 2006, in the Northern District of California and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, the defendants,

DMITRI GLAZNIKOV and
MAXIM LEONTEV,

did knowingly transmit and caused to be transmitted the following wire communication in foreign commerce: a $2,650 MoneyGram International Money Transfer from DMITRI GLAZNIKOV in San Francisco, California, to MAXIM LEONTEV in Russia, in violation of Title 18, United States Code, Section 1343.

COUNT THREE:    (18 U.S.C. § 1029(a)(4) – Possession of Device-Making Equipment)

On or about February 28, 2006, in the Northern District of California, and elsewhere, the defendants,

DMITRI GLAZNIKOV and
MAXIM LEONTEV,

did knowingly and with intent to defraud, have control and custody of and possess device-making equipment, to wit: an MSR206 Manual Swipe Magnetic Card Reader/Writer, and in so doing affected interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(4).

COUNT FOUR:    (18 U.S.C. § 1029(a)(3) – Possession of Unauthorized Access Devices With Intent to Defraud)

On or about September 7, 2006, in the Northern District of California, and elsewhere, the defendant,

DMITRI GLAZNIKOV,

did knowingly and with intent to defraud, possess fifteen (15) or more unauthorized access devices, to wit: magnetic strip cards encoded with account information and other personal

///
///
///

INDICTMENT    4

1  information that had been stolen and obtained with intent to defraud, and in so doing affected
2  interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

4  DATED: January 29, 2008                    A TRUE BILL.

                                              *[signature]*
                                              FOREPERSON

8  JOSEPH P. RUSSONIELLO
   United States Attorney

   *[signature]*
11 BRIAN J. STRETCH
   Chief, Criminal Division

14 (Approved as to form: *[signature]* )
                        AUSA FINIGAN

INDICTMENT                          5