| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CASBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CASBN 163973)<br>Chief, Criminal Division |
| 4 | JEFFREY R. FINIGAN (CASBN 168285)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California  94102 |
| 7 | Telephone: (415) 436-7232<br>Facsimile: (415) 436-7234 |
| 8 | Email: jeffrey.finigan@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0415 SI |
| Plaintiff, | ) | |
| v. | ) | **GOVERNMENT'S NOTICE OF RELATED CASES** |
| ALENA GRIN, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | No. CR 08-0043 PJH |
| Plaintiff, | ) | |
| v. | ) | |
| DMITRI GLAZNIKOV, and<br>MAXIM LEONTEV | ) | |
| Defendants. | ) | |

Notice of Related Cases

     The government hereby files notice pursuant to Crim. L.R.8-1 and Civ. L. R. 3-12 that the newly-assigned case, <u>United States v. Dmitri Glaznikov and Maxim Leontev</u>, No. CR 08-0043 PJH and <u>United States v. Alena Grin</u>, No. CR 07-0415 SI are related and the new matter, which has been assigned to the Honorable Phyllis J. Hamilton, United States District Court Judge, may be reassigned to the Honorable Susan Illston, United States District Court Judge, who presided over the earlier filed matter.

     The three named defendants were all involved in a scheme to defraud whereby they received stolen bank account information from Russia and then downloaded the information onto access devices, which they then used at ATMs throughout San Francisco to make unauthorized withdrawals. They lived together during much of the time frame covered in the indictment in No. CR 08-0043 PJH. Ms. Grin was separately charged in CR 07-0415 SI and has already entered a guilty plea, which explains the different case number for Messrs. Glaznikov and Leontev. The evidence in the matters is virtually the same and Judge Illston is already familiar with the Grin matter by virtue of presiding over the case through the entry of guilty pleas. Ms Grin will also be sentenced by Judge Illston. The actions will entail substantial duplication of labor and unnecessary expenses if heard by different judges. Assignment of these actions to a single judge is likely to conserve judicial resources and promote an efficient determination of the actions.

     Accordingly, the United States respectfully requests the Court to order that the newly filed action of CR 08-0043 PJH is related to the previously filed matter in CR 07-0415 SI and is therefore reassigned to Judge Illston.

DATED: January 31, 2008         Respectfully submitted,

                                       JOSEPH P. RUSSONIELLO
                                       United States Attorney

                                       _____/s/_____
                                       JEFFREY R. FINIGAN
                                       Assistant United States Attorney