JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DMITRI GLAZNIKOV, <br><br> Defendant. | Criminal No. CR 08-0043 SI <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

  The above-captioned matter came before the Court on February 29, 2008, for status. The defendant was represented by Anthony Brass, Esq., and the government was represented by Wendy Thomas, Assistant United States Attorney. The matter was continued to March 21, 2008, at 11:00 a.m. in this Court for further proceedings.

  The Court made a finding that the time from and including February 29, 2008, through March 21, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI

and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until March 21, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: March 4, 2008                              /s/
                                                  ANTHONY BRASS
                                                  Counsel for Dmitri Glaznikov


DATED: March 4, 2008                              /s/
                                                  JEFFREY FINIGAN
                                                  Assistant U.S. Attorney

So ordered.

DATED:                                            _____
                                                  SUSAN ILLSTON
                                                  UNITED STATES DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME**

in the case of <u>**U.S. v. DMITRI GLAZNIKOV**</u>, No. CR-08-0043 SI

to be served on the parties in this action, addressed as follows which are the last known addresses:

Law Office of Anthony J. Brass
3223 Webster St
San Francisco, CA 94123

____(By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

__X__ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

March 4, 2008

_____/s/_____
WILSON WONG
United States Attorney's Office