1 | JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

6 | 450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0043 SI |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| | ) | |
| DMITRI GLAZNIKOV, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on March 21, 2008, for status. The defendant was represented by Anthony Brass, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to April 25, 2008, at 11:00 a.m. in this Court for further proceedings.

The Court made a finding that the time from and including March 21, 2008, through April 25, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI

and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until April 25, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. This time exclusion will allow defense counsel to effectively prepare, taking into account the exercise of due diligence, and will provide for continuity of counsel for the defendant.

DATED: March 24, 2008
/s/
ANTHONY BRASS
Counsel for Dmitri Glaznikov

DATED: March 24, 2008
/s/
JEFFREY FINIGAN
Assistant U.S. Attorney

So ordered.

DATED:
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI                    2