**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 3/21/08

Case No.    CR–08-0043  SI            Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- DMITRI GLAZNIKOV (C)

Attorneys:   Finigan           Brass

Deputy Clerk: Tracy Sutton  Court Reporter: K. Wyatt

**PROCEEDINGS**

1)  Status/Trial Setting - HELD

2)
3)
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                                PART

Case continued to **4/25/08  @ 11:00 a.m.**   for Further Status/ Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:         Delay ends: 4/25/08**
(     AUSA to draft order           )

ORDERED AFTER HEARING:
Deft. needs additional time to review discovery.


(SPEEDY TRIAL DEADLINE AS OF TODAY: )