**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 4/25/08

Case No.   CR–08-0043 SI               Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- DMITRI GLAZNIKOV (C)

Attorneys:   Finigan            Brass

Deputy Clerk: Tracy Sutton   Court Reporter: J. Yeomans

**PROCEEDINGS**

1) Status/Trial Setting - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                PART

Case continued to _ for Further Status/ Trial Setting

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to **8/12/08 @ 3:00 p.m.**  for Pretrial Conference

Case continued to **8/25/08 @ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )