1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                          UNITED STATES DISTRICT COURT
11                         NORTHERN DISTRICT OF CALIFORNIA
12                              SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,          )   Criminal No. CR 08-0043 SI
15                                    )
         Plaintiff,                   )
16                                    )
                                      )   **STIPULATION AND [PROPOSED]**
17       v.                           )   **ORDER EXCLUDING TIME**
                                      )
18                                    )
   DMITRI GLAZNIKOV,                  )
19                                    )
         Defendant.                   )
20 _____)

21

22     The above-captioned matter came before the Court on April 25, 2008, for status. The

23 defendant was represented by Anthony Brass, Esq., and the government was represented by

24 Jeffrey Finigan, Assistant United States Attorney. The matter was continued to August 25, 2008,

25 in this Court for jury trial.

26     The Court made a finding that the time from and including April 25, 2008, through

27 August 25, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

28 because the ends of justice served by taking such action outweighed the best interest of the public

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI

1  and the defendant in a speedy trial.  The finding was based on the need for the defendant to have
2  reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, and for continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

4       The parties hereby agree to and request that the case be continued until August 25, 2008,
5  and that the exclusion of time until then be granted.  The parties agree and stipulate that the
6  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
7  because the ends of justice served by this continuance outweigh the best interest of the public and
8  the defendant in a speedy trial.  This time exclusion will allow defense counsel to effectively
9  prepare, taking into account the exercise of due diligence, and will provide for continuity of
10 counsel for the defendant.

12 DATED: April 28, 2008                /s/
                                    ANTHONY BRASS
13                                     Counsel for Dmitri Glaznikov

15 DATED: April 28, 2008                /s/
                                    JEFFREY FINIGAN
16                                     Assistant U.S. Attorney

18 So ordered.

19 DATED:
                                    SUSAN ILLSTON
20                                     UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 08-0043 SI                      2