JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

FILED

AUG 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DMITRI GLAZNIKOV, <br> Defendant. | Criminal No. CR 08-0043 SI <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING JURY TRIAL AND SCHEDULING FOR PLEA** |

The above-captioned matter is set for trial on August 25, 2008, at 8:30 a.m. The defendant is represented by Anthony Brass, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney. The defendant intends to enter guilty pleas to the charges in the indictment and waive his right to a jury trial. Accordingly, the parties respectfully request that the Court make the following orders:

   1.   The pretrial conference scheduled for August 12, 2008, is vacated;

   2.   The parties do not need to submit pretrial filings, which are currently due to be

STIPULATION AND [PROPOSED]
ORDER VACATING TRIAL
CR 08-0043 SI

1 | filed on August 8, 2008;

2 | 3. The jury trial scheduled for August 25, 2008, is vacated; and

3 | 4. The matter is rescheduled for entry of guilty plea on August 25, 2008, at 8:30 a.m.

4 | (Alternatively, the matter is rescheduled for entry of guilty plea on

5 | _____, 2008, at _____.).

8 | DATED:    August 4, 2008

_____
ANTHONY BRASS
Counsel for Dmitri Glaznikov

11 | DATED:    August 4, 2008

_____
JEFFREY FINIGAN
Assistant U.S. Attorney

14 | So ordered.
15 | DATED: 8/4/08

_____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED]
ORDER VACATING TRIAL
CR 08-0043 SI                                    2