# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number __CR08-43__ SI

Defendant's Name __Dmitri Glaznikov__

Defense Counsel __T. Brass__

Due Date __11/14/08 @ 11 AM__

FILED

AUG 25 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the PROBATION OFFICE, ROOM 17-6884, 17th floor, BEFORE LEAVING THE COURTHOUSE TODAY to make the necessary arrangements.

----

For use of Courtroom Deputies:
Is defendant in custody? __yes__
Is defendant English speaking? __yes__
What is defendant's address?
_____

Richard W. Wieking, Clerk

by: __T. Sutton__
T. Sutton, Deputy Clerk

cc: U.S. Probation Office