**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>CRIMINAL PRETRIAL MINUTES</u>

Date: <u> 8/25/08</u>

Case No.    <u>CR–08-0043  SI</u>                  Judge:   <u>SUSAN ILLSTON</u>

Title:   <u>UNITED STATES</u> -v- <u>DMITRI GLAZNIKOV (C)</u>

Attorneys:   <u>Finigan</u>              <u>Brass</u>

Deputy Clerk:  <u>Tracy Sutton</u>  Court Reporter: <u>B. Ball</u>

**<u>PROCEEDINGS</u>**

1) <u>Change of Plea - HELD</u>
2) _____
3) _____
Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN       (  ) SUBMITTED
                                    PART

Case continued to **11/14/08 @ 11 A.M.**  for Judgment & Sentence

ORDERED AFTER HEARING:
The defendant plead guilty to counts One through Four of the Indictment.
The parties entered into an open plea agreement (no agreement filed).

(SPEEDY TRIAL DEADLINE AS OF TODAY: )