Anthony J. Brass. (CA Bar No. 173302)
3223 Webster Street
San Francisco, California 95123
(415) 922-5462 telephone
(415)346-8987 facsimile
tony@brasslawoffice.com

Attorney for Defendant
DMITRI GLAZNIKOV

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>vs.<br><br>DMITRI GLAZNIKOV<br>    Defendant. | Case No. CR 08-0043 SI<br><br><br>**STIPULATION AND [Proposed]**<br><br>**Order to Continue Sentencing** |

    The parties, by and through their respective attorneys, Jeffrey Finnigan, A.U.S.A. for the United States and Anthony J. Brass for the defendant Dmitri Glaznikov, hereby stipulate to continue the sentencing currently set for January 23, 2009 to February 27, 2009.

    This is agreed because the pre-sentence report was provided to me, Anthony Brass, on December 23, 2008. I had a preplanned vacation planned for the holidays and

would not be back in the office until Monday January 5, 2009.  Therefore, I could not meet with my client and respond in a timely manner.

I have spoken to both AUSA Jeffrey Finnigan and Probation Officer Insa Bel Ochi and both have no objection to the continuance of the sentencing date to allow more time for a response.

Wherefore it is stipulated between parties that the sentencing date be continued from  January 23, 2009 to February 27, 2009. report to be completed.

SO STIPULATED:


/s/ Anthony Brass                                          January 5, 2009
Anthony J. Brass                                                        Date
Attorney for Defendant Dmitri Glaznikov



  /s/ Jeffrey Finigan                                       December 30, 2008
Jeffery Finnigan                                                        Date
Attorney for United States of America




SO ORDERED:

_____          _____
HONORABLE SUSAN ILLSTON                         Date
United States District Court Judge